UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS D. FLORES,<br><br>    Plaintiff,<br><br>    v.<br><br>G. HERRERA, et al.,<br><br>    Defendants. | No. 2:22-cv-02107-DAD-DB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE<br><br>(Doc. No. 14) |

Plaintiff Nicholas D. Flores is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On November 13, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action. (Doc. No. 14.) Specifically, the service copy of the court's order dated August 25, 2023 (Doc. No. 13), which was mailed to plaintiff at his address of record, had been returned to the court marked as "Undeliverable, Vacant" on September 1, 2023. The plaintiff was required to file a notice of his change of address with the court no later than November 9, 2023. Because plaintiff had not done so, the magistrate judge concluded that plaintiff has failed to comply with Local Rule 183(b)'s requirement "that a party appearing in propria persona inform the court of any address change." (Doc. No. 14 at 1.)

1

The pending findings and recommendations were served on plaintiff by mail at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service.[1]  (*Id.* at 1–2.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on November 13, 2023 (Doc. No. 14) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 31, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The service copy of the findings and recommendations was also returned to the court marked as "Undeliverable, Vacant" on November 20, 2023.  A party appearing without counsel must keep the court and all parties apprised of his current address.  E.D. Cal. L.R. 183(b).  If mail directed to such a plaintiff is returned by the postal service, and plaintiff fails to notify the court and opposing parties within 63 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.  *Id*.  Plaintiff has yet to advise the court of his current address as required by Local Rule 183(b), and the time for doing so has passed.