UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS D. FLORES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. HERRERA, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-02107 DAD DB P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. On February 1, 2024, the court dismissed this action and closed the case due to plaintiff's failure to prosecute. (ECF No. 15.) Plaintiff then sought to reopen the case. (ECF Nos. 18, 19.) On April 3, 2024, the court reopened the case and the matter was referred back to the undersigned for further proceedings. (ECF No. 21.)

　　　For the reasons set forth above, IT IS HEREBY ORDERED that defendants shall file a response to the complaint within 21 days of the date of this order.

Dated:  April 15, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
flor2107.answ

1