IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHOLAS FLORES,**<br><br>              Plaintiff,<br><br>      v.<br><br>**G. HERRERA, et al. ,**<br><br>              Defendants. | Case No. 2:22-cv-02107-DAD-SCR-P<br><br>**ORDER** |

Plaintiff, who is proceeding pro se, brings this civil rights action.  Before the Court is Defendants' motion, ECF No. 28, to vacate the settlement conference before the undersigned set for August 27, 2024.  Plaintiff does not oppose the request.  Good cause appearing therefor based on the parties' agreement that settlement discussions would not be fruitful at this time, Defendants' motion is granted.  The settlement conference set for August 27, 2024, is VACATED.

**IT IS SO ORDERED**.
Dated:  August 7, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Defs.' Unopposed *Ex Parte* Mot. Vacate ADR (2:22-cv-02107-DAD-DB (PC))